No. 519, Misc.   STALEY *v.* MAYO, STATE PRISON CUS-
TODIAN.   Supreme Court of Florida.   Certiorari denied.

No. 522, Misc.   VAN DYKE *v.* ILLINOIS.   Supreme
Court of Illinois.   Certiorari denied.

No. 530, Misc.   HERSHEY *v.* PENNSYLVANIA BOARD OF
PAROLE ET AL.   Supreme Court of Pennsylvania, Eastern
District.   Certiorari denied.

No. 341.   POULOS *v.* NEW HAMPSHIRE, *ante,* p. 395;
No. 488.   CALLANAN ROAD IMPROVEMENT CO. *v.*
UNITED STATES ET AL., *ante,* p. 507; and
No. 508.   UNITED STATES *v.* INTERNATIONAL BUILDING
CO., *ante,* p. 502.   Petitions for rehearing denied.

No. 566.   HARRISON, COLLECTOR OF INTERNAL REV-
ENUE, *v.* BOHNEN, EXECUTOR, *ante,* p. 946.   Rehearing
denied.   MR. JUSTICE JACKSON took no part in the con-
sideration or decision of this application.

No. 591.   MALLONEE ET AL. *v.* FAHEY ET AL.;
No. 592.   WILMINGTON FEDERAL SAVINGS & LOAN AS-
SOCIATION ET AL. *v.* HOME LOAN BANK BOARD ET AL.;
No. 593.   HOME INVESTMENT CO. *v.* FAHEY ET AL.;
No. 594.   UTLEY, RECEIVER, *v.* FAHEY ET AL.;
No. 595.   WALLIS ET AL. *v.* FAHEY ET AL.;
No. 596.   TITLE SERVICE CO., TRUSTEE, *v.* FAHEY ET
AL.; and
No. 658.   WILLHOIT *v.* FAHEY ET AL., *ante,* p. 952.
Rehearing denied.   MR. JUSTICE CLARK took no part in
the consideration or decision of this application.